# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-1022
LT Case No. 2020-CF-172

_____

JONTAVIOUS O'BRIAN ROBINSON,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Sumter County.
Mary Hatcher, Judge.

Matthew J. Metz, Public Defender, and Natalie R. Gossett, Assistant Public Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Daniel P. Caldwell, Assistant Attorney General, Office of the Attorney General, Daytona Beach, for Appellee.

December 12, 2023

PER CURIAM.

    AFFIRMED.

EDWARDS, C.J., JAY, and MACIVER, JJ., concur.

————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————